**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: ) | Chapter 7 |
| ) | |
| ) | Case No. 06-10297 (MFW) |
| PATRICK ANDERSON and ) | |
| SANDRA BANKOWSKI-ANDERSON, ) | |
| ) | |
| Debtors. ) | |

**ORDER**

**AND NOW** this **31st** day of **AUGUST, 2006,** upon consideration of the Emergency Petition for Rule to Show Cause for Violation of Bankruptcy Discharge Injunction filed by the Debtors and the response of the Sussex County Federal Credit Union thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Emergency Petition for Rule to Show Cause for Violation of Bankruptcy Discharge Injunction is hereby **GRANTED IN PART** and **DENIED IN PART;** and it is further

**ORDERED** that the Sussex County Federal Credit Union is **FOUND** to be in violation of the discharge injunction; and it is further

**ORDERED** that the Sussex County Federal Credit Union shall pay the sum of $500 to the Debtors for that violation; and it is further

**ORDERED** that all other relief requested by the Debtors is **DENIED.**

BY THE COURT:

*Mary F. Walrath*
Mary F. Walrath
United States Bankruptcy Judge

cc: Richard D. Becker, Esquire[1]

---

[1] Counsel shall serve a copy of this Opinion and Order on all interested parties and file a Certificate of Service with the Court.

SERVICE LIST

Richard D. Becker, Esquire
Becker & Becker, P.A.
2702 Capitol Trail
Newark, DE 19711
Counsel for Sussex County Federal Credit Union

Cynthia L. Carroll, Esquire
Cynthia L. Carroll, P.A.
University Office Plaza
260 Chapman Road, Suite 201-D
Newark, DE 19702
Counsel for the Debtors